IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KELLY SUE CAMOZA                                                    PLAINTIFF

v.                                CIVIL NO. 2:22-cv-02065-MEF

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                     DEFENDANT

**J U D G M E N T**

For reasons stated in a memorandum opinion of this date, we conclude that the decision of

the Commissioner denying benefits to the Plaintiff is not supported by substantial evidence and

should be reversed and remanded for further consideration pursuant to sentence four of 42 U.S.C.

§ 405(g).  **The parties have sixty days from entry of the judgment on the docket in which to**

**appeal.**

If Plaintiff wishes to request an award of attorney's fees and cost under the Equal Access

to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the

judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See*

*Shalala v. Schaefer,* 509 U.S. 292, 296 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

IT IS SO ORDERED AND ADJUDGED this 25th day of October 2022.

/s/ Mark E. Ford
HON. MARK E. FORD
CHIEF UNITED STATES MAGISTRATE JUDGE